

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN MYHRE
Acting United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
robert.knief@usdoj.gov

Attorney for the United States

FILED
2017 MAY -3 PM 2:38
U.S. MAGISTRATE JUDGE
BY_____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER HERNANDEZ aka<br>KEYDEN ALVAREZ, and<br>IRENE ALVAREZ-VALLADERES,<br><br>Defendants. | Case No. 2:17-mj-544-GWF<br><br>**GOVERNMENT'S *EX PARTE*<br>APPLICATION REQUESTING<br>SEALING OF THE COMPLAINT** |

COMES NOW the United States of America, by and through Steven Myhre, Acting United States Attorney, and Robert A. Knief, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government

1

submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that it's right to secrecy far outweighs the public's right to know.

DATED this 2nd day of May, 2017.

Respectfully submitted,

STEVEN MYHRE
Acting United States Attorney

/s/ Robert A. Knief
ROBERT A. KNIEF
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

FILED
2017 MAY -3 PM 2:38
U.S. MAGISTRATE JUDGE
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER HERNANDEZ aka<br>KEYDEN ALVAREZ, and<br>IRENE ALVAREZ-VALLADERES,<br><br>Defendants. | Case No. 2:17-mj-544-GWF<br><br>**ORDER SEALING** |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter, shall be sealed until further order of the Court.

DATED this 3d day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3