| | |
|---|---|
| **SAO**<br>ROBERT M. DRASKOVICH, ESQ.<br>Nevada Bar No. 6275<br>TURCO & DRASKOVICH, LLP<br>815 S. Casino Center Boulevard<br>Las Vegas, Nevada 89101<br>Telephone: (702) 474-4222<br>Attorney for Defendant | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROGER HERNANDEZ aka<br>Keyden Alvarez,<br><br>        Defendant. | CASE NO.: 2:17-CR-00297-APG-NJK<br><br>**STIPULATION AND ORDER** |

    **IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant ROGER HERNANDEZ aka Keyden Alvarez, and ROBERT KNIEF, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to Tampa Bay, Florida from May 10, 2018 through May 14, 2018 to visit his family.

    **IT IS FURTHER STIPULATED AND AGREED** that Defendant shall provide U.S. Pretrial Services with his itinerary prior to traveling.

    DATED this 1st day of May, 2018.

| | |
|---|---|
| /s/ Robert M. Draskovich | /s/ Robert Knief |
| ROBERT M. DRASKOVICH, ESQ.<br>Nevada Bar No. 6275<br>815 S. Casino Center Boulevard<br>Las Vegas, Nevada 89101<br>Attorney for Defendant | ROBERT KNIEF, ESQ.<br>Assistant United States Attorney<br>333 Las Vegas Boulevard South #5000<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

# ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Tampa Bay, Florida from May 10, 2018 through May 14, 2018 to visit his family.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall provide U.S. Pretrial Services with his itinerary prior to traveling.

DATED AND DONE this  1st  day of _____May_____, 2018.

                                                                                                       _____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant