**SAO**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER HERNANDEZ aka<br>Keyden Alvarez,<br><br>Defendant. | CASE NO.: 2:17-CR-00297-APG-NJK<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant ROGER HERNANDEZ aka Keyden Alvarez, and ROBERT KNIEF, Assistant United States Attorney, counsel for Plaintiff, that Defendant is authorized to travel to Tampa Bay, Florida and Orlando, Florida from August 9, 2018 through August 15, 2018 to visit his family and take his daughter to Disneyworld.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall provide U.S. Pretrial Services with his itinerary prior to traveling.

DATED this 6th day of August, 2018.

/s/ Robert M. Draskovich              /s/ Robert Knief

ROBERT M. DRASKOVICH, ESQ.        ROBERT KNIEF, ESQ.
Nevada Bar No. 6275                Assistant United States Attorney
815 S. Casino Center Boulevard     333 Las Vegas Boulevard South #5000
Las Vegas, Nevada 89101            Las Vegas, Nevada 89101
Attorney for Defendant             Attorney for Plaintiff

# ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Tampa Bay, Florida and Orlando, Florida from August 9, 2018 through August 15, 2018 to visit his family and take his daughter to Disneyworld.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall provide U.S. Pretrial Services with his itinerary no later than August 7, 2018.

DATED AND DONE this 6th day of August, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq.
Nevada Bar No. 6275
Attorney for Defendant