**SAO**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
TURCO & DRASKOVICH, LLP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROGER HERNANDEZ aka<br>Keyden Alvarez,<br><br>        Defendant. | CASE NO.: 2:17-CR-00297-APG-NJK<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between ROBERT M. DRASKOVICH, ESQ., counsel for Defendant ROGER HERNANDEZ aka Keyden Alvarez, and ROBERT KNIEF, Assistant United States Attorney, counsel for Plaintiff, that the pretrial condition restricting Defendant to travel out of Clark County, Nevada is removed and Defendant is authorized to travel out of Clark County, Nevada.

**IT IS FURTHER STIPULATED AND AGREED** that Defendant shall provide U.S. Pretrial Services with his itinerary prior to traveling.

DATED this 2nd day of October, 2018.

/s/ Robert M. Draskovich           /s/ Robert Knief
_____           _____
ROBERT M. DRASKOVICH, ESQ.      ROBERT KNIEF, ESQ.
Nevada Bar No. 6275                     Assistant United States Attorney
815 S. Casino Center Boulevard       333 Las Vegas Boulevard South #5000
Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
Attorney for Defendant                Attorney for Plaintiff

## ORDER

Upon stipulation of counsel and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the pretrial condition restricting Defendant to travel out of Clark County, Nevada is removed and Defendant is authorized to travel out of Clark County, Nevada.

**IT IS FURTHER** ORDERED that Defendant shall provide U.S. Pretrial Services with his itinerary prior to traveling outside of Nevada.

DATED AND DONE this 2nd day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE